# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**MARTIN MARTINEZ**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         3:25-MJ-1125-BN<br>)<br>)<br>) |

**FILED**
November 13, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 10, 2025** in the county of **Dallas** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Jimmy Beachum III

☑ Continued on the attached sheet.

_____
*Complainant's signature*
SA Jimmy Beachum III, FBI
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: 11-13-2025

_____
*Judge's signature*

City and state: Dallas, Texas         DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MARTIN MARTINEZ

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jimmy Beachum III, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a criminal complaint charging MARTIN MARTINEZ ("MARTINEZ") with threatening a law enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B).

2.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2020. I am currently assigned to a Counterterrorism unit at the North Texas Joint Terrorism Task Force ("NTJTTF") in Dallas, Texas. In this capacity, I am responsible for investigating domestic terrorism cases, including, but not limited to, weapons of mass destruction violations, racially motivated acts of violence, sexually motivated acts of violence, militia/anti-government extremists, cyberstalking, and threats against persons.

3.  I know that it is a violation of 18 U.S.C. § 115(a)(1)(B) if a person "threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such

1

section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties."

The facts in this affidavit come from my personal observations, my training and experience, and information obtained by me from other law enforcement officers, witnesses, and victims. This affidavit is intended to show merely that there is probable cause to believe that MARTINEZ has violated 18 U.S.C. § 115(a)(1)(B). As a result, I have not included each and every fact known to me regarding this matter.

## PROBABLE CAUSE

4. In 2016, FBI Dallas opened a criminal investigation into Individual-1's actions in violation of 18 U.S.C. § 2261(A), that is cyberstalking. FBI Dallas later executed a search warrant of Individual-1's residence. FBI Special Agent-1 was the Case Agent of the investigation.[1] In or around September 2025, Individual-1 publicly posted about the search warrant on Reddit, identifying FBI Special Agent-1 by name.

5. In early October, an individual identifying himself as MARTIN MARTINEZ contacted Individual-1 on Reddit and provided his phone number to request a phone call from Individual-1 in response to the Reddit post about FBI Special Agent-1. MARTINEZ told Individual-1 that "people were out to get him," specifically identifying FBI Special Agent-1.

---

[1] FBI Special Agent-1 is an agent of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law and therefore a "federal law enforcement officer" as defined by 18 U.S.C. § 115(c)(1)

6. MARTINEZ's communications to Individual-1 continued and the tone escalated to threats of violence towards FBI Special Agent-1. For example, in a phone call on or about November 10, 2025 at 3:23 p.m., MARTINEZ indicated his intent to obtain a firearm and provided Individual-1 a research collage with an address that MARTINEZ believed was associated with FBI Special Agent-1. MARTINEZ told Individual-1 that his girlfriend was being held captive in the house and that people were telling MARTINEZ that he should just go to the house and open the front door. In response to this phone call and other messages from MARTINEZ, Individual-1 believed that Martinez was implying that he would go to the residence attempt to open the door and start shooting people.. All text messages and phone calls originated from a phone number I have attributed to MARTINEZ through subscriber and pawn records.

7. MARTINEZ told Individual-1 that he was pursuing litigation against Walmart for wrongful termination and further claimed that FBI Special Agent-1 was affiliated with Walmart's defense counsel (Attorney-1). MARTINEZ emailed a copy of his court records to Individual-1 related to his ongoing civil case against Walmart from email address m********@yahoo.com. These materials included MARTINEZ's personal identifying information.

8. On or about September 27, 2025, MARTINEZ, using the same m********@yahoo.com address, sent Attorney-1 gruesome photos of murder victims, which, in context, Attorney-1 took as a threat. Attorney-1 also said that MARTINEZ appeared at her law office on August 19, 2025 searching for her after his termination from Walmart; staff had MARTINEZ escorted from the premises by law enforcement.

9. MARTINEZ additionally communicated to Individual-1 that Attorney-1 was his first target and then he would "go straight" after FBI Special Agent-1. MARTINEZ conducted open-source research, which he provided to Individual-1, to locate properties associated with FBI Special Agent-1 and identified telephone numbers linked to members of FBI Special Agent-1's family. On or about October 18, 2025, MARTINEZ visited one of the associated properties in person while searching for FBI Special Agent-1 and contacted family members of FBI Special Agent-1 by telephone.

10. Between October 10 and October 21, 2025, MARTINEZ sent text messages and voicemail messages to FBI Special Agent-1's ex-wife. MARTINEZ initially believed the ex-wife's number was FBI Special Agent-1's phone number.

11. On November 10, 2025, in a phone call with Individual-1, MARTINEZ said "I need to find [FBI Special Agent-1]," and later, "I'm gonna get my fucking shotgun from the pawnshop and get ready."

12. Also on November 10, 2025, in a chat message, MARTINEZ told Individual-1 "I can try t o [sic] murder him." In context, I believe MARTINEZ was referring to murdering FBI Special Agent-1.

13. On or about November 12, 2025, the Carrollton Police Department, located in Carrollton, Texas, received a telephone call from an individual identifying himself as MARTIN MARTINEZ. During the call, MARTINEZ stated that he was in fear of the FBI, claiming that he was a "whistleblower." The call originated from MARTINEZ's phone number, and the caller provided a home address in Carrollton, Texas.

## CONCLUSION

14.    Based on the foregoing, there is probable cause to believe that Martin MARTINEZ, engaged in conduct in violation of 18 U.S.C. § 115(a)(1)(B).

_____
Jimmy Beachum III
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means on this   13th   day of November 2025, pursuant to Fed. R. Crim. P. 4.1.

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

5