# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: N/A | COURT TIME: 11:06 – 11:11 |
| 10:00 A.M.    P.M. | DATE: November 17, 2025 |

☑ MAG. NO.     ☐ DIST. CR. NO. 3:25-mj-01125-BN *SEALED*     US Magistrate Judge David L. Horan

UNITED STATES OF AMERICA     §     _Matthew Weybrecht_, AUSA
                             §
v.                           §     _____ ☐
                             §
                             §     _Paul Lund (A)_ ☐
MARTIN MARTINEZ              §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 11/17/2025  ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _Paul Lund_  PC 4
☐ DEFT HAS RETAINED COUNSEL
☐ ARRAIGNMENT SET  ☑ DETENTION HEARING SET 11/19/2025 at 10 AM

☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☑ REMARKS: _Government's motion to unseal the case is granted._

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2025
CLERK, U.S. DISTRICT COURT
By _____ Deputy