IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

MARTIN MARTINEZ

NO. 3:25-MJ-1125-BN

**MOTION FOR DETENTION AND**
**MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pretrial detention of defendant, **Martin Martinez**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death;

    \_\_\_\_\_ 10 + year drug offense;

    \_\_\_\_\_ Felony, with two prior convictions in above categories;

    _X_ Serious risk defendant will flee;

    \_\_\_\_\_ Serious risk obstruction of justice;

    \_\_\_\_\_ Felony involving a minor victim;

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon; or

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250).

2. <u>Reason for Detention</u>: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required;

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

   _____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>: The United States requests the Court conduct the detention hearing,

   _____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

Motion for Detention - Page 2

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
Matthew Weybrecht
Assistant United States Attorney
Texas Bar No. 24102642
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: matthew.weybrecht@usdoj.gov

Motion for Detention - Page 3