**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED-USDC-NDTX-DA
'25 NOV 20 PM2:31
km

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARTIN MARTINEZ | ) | Case No.   3:25-MJ-1125-BN |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARTIN MARTINEZ                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B)   Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member

Date:   11/13/2025 3:22 pm

*Issuing officer's signature*

City and state:   Dallas, Texas           DAVID L. HORAN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-13-25 , and the person was arrested on *(date)* 11-17-25
at *(city and state)*   Dallas, TX 75242 .

Date: 11-17-25

*Arresting officer's signature*

*Printed name and title*

USMS.

11888033