IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:25-MJ-1125-BN |
| MARTIN MARTINEZ (01) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas, Ryan Raybould hereby respectfully advises the Court and all parties in interest that the above-styled and numbered case has been reassigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Matthew Weybrecht.

Accordingly, it is requested that the clerk of the Court enter the name of Matthew Weybrecht as counsel of record for the United States of America and remove Robert Withers.   The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

Notice of Substitution of Counsel - Page  1

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing Notice of Substitution of Counsel with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

            *s/ Matthew Weybrecht*
            MATTHEW WEYBRECHT
            Assistant United States Attorney