RE: 3:25-MJ-1125-BN

4/9/2026

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 17 2026
CLERK, U.S. DISTRICT COURT
By ____ Deputy

Martin Martinez writes:

This is an effort of asking Motion for replacement console, using the following green tru-links letter, re-typed by me in an effort to conserve documents. as evidence.

The green trulinks letter labeled

- 1A (PAGE 5)

In the following document I quote Mr. Paul Lund exact words:

"the contents of the call will inform the Government of our stragety"

and

"will not take calls from you while you are in custody"

I Martin Martinez inform the court that I do not participate or have a stragety against the Government. Additionaly, I had Mr. Paul Lund appointed to me while in custody his refusal to cooperate with me now interfers with my "Right to fair trial". I had, have asked Mr. Paul Lund to add critical evidence, mentioned on the next motion, or next page.

4/19/2026 RE: 325-MJ-1125-BN

Martin Martinez writes:

This is an effort of adding or "Motioning to add critical evidence."

- Bossier City, Louisiana police phone call. On or about November 13, 2025. Dialed by my phone number 469-724-2000. The phone call an effort of a welfare check on Vanessa or my ex-girlfriend on where I assumed she was located, contradicting the claims in probable cause of me acting in a violent, terroristic approach.

- Carrollton, Texas police phone call from neighbor Mike, living two streets behind my home address of 2212 Timberwood St. on or about November 8-10, 2025. Report of a violent home invasion, during the time Vannessa had been having her phone administered by some one else, or Osmar Mendoza (whom I had made the threat too). I had told Vannessa to not come to Dallas, that my rivals, or Wal-mart defense team were dangerous. Stating I would be at my friends house. I visited Mike the day before my arrest, noting him

4/9/2026 RE 325-MJ-1125-BN

Martin Martinez writes:

and his brother having bruises, he was limited on details but did state to have informed police. I had gone for a long walk instead of visiting Mike. Not remembering or linking the two events until after my incarceration. Text communication between me and Vannessa on November 8, 2025 469-724-2000 to 945-545-0299

- Note to FBI when visiting October 2025 Harry Hines location

- Emails to Joseph Rothenberg from my email address Martinmtz92@yahoo.com where I'd state original, or true motive of communicating with Nathan Hopp, was to address my phone being tapped.

- Audio listed on Youtube channel "Chuy J. Puggeroni" proving the probable cause to be mis leading and inaccurate, I did not use profanity when stating to retrieve shotgun from pawnshop. the pawn also including a silver bracelt for a fraction of cost. To regain is logical,

4/9/2026

Martin Martinez writes:

Since my incarceration communication with my attorney Paul Lund has been very limited, next to nothing. This is not the first attempt of trying to add evidence. I will willingly donate my phone to prove illegal hacking by Special Agent one. The hacking of my phone dating back minimum Six months, even rendering older communication devices useless.

I Martin Martinez pledge to have written this statement to the best of my Knowledge on April 9, 2026

Inmate #24145512 X [signature]

4/9/2026 Martin Martinez

TRULINCS 24145512 - MARTINEZ, MARTIN - Unit: FTW-J-A

---

FROM: 24145512
TO: Captain/Lieutenants
SUBJECT: ***Request to Staff*** MARTINEZ, MARTIN, Reg# 24145512, FTW-J-A
DATE: 01/29/2026 07:06:06 AM

To:
Inmate Work Assignment: (Found) Mr Paul Lund

MR Paul Lund writes

(**** are my addition)

Mr. Martin Martinez

Re U.S. vs Martinez, 3:25-MJ-11(25)(51)-BN-Case Update

Dear Mr.. Martinez,

I write in response to our recent short phone conversation and the many phone calls you have made too our office. As I said to you on the phone, any time you call me , it is recorded and the recording of our conversation will be heard no only by the BOP staff, but also the federal prosecutor and the FBI agents who are investigating this case. recorded such conversations completely non-privileged because the fact that you and I know it is being recorded destroys the privlage. That means that when you call me anything you say can be used against you and even if what you say does not harm your case, the contents of the call will inform the Government of our strategy in handling the case (******FALSE!)(***I Martin Martinez do not have or participate in a strategy against the Government) and how we wish to proceed going forward. In light of this, I cannot talk to you on a recorded line and will not take calls from you while you are in custody.

With that said, I absolutely want to be able to answer questions that you have and still provide you with counsel regarding your case. To that end I HAVE SENT NUMEREROUS EMAILS AND MADE NUMBEROUS PHONE CALLS TO YOUR FACILITY OVER THE LAST FEW WEEKS IN AN ATTEMPT TO GET A ATTORNEY/CLIENT PHONE CALL set up so that we can speak where it isn't recorded(*** MR. Paul Lund I will ONLY speak to you while being recorded.) I finally learned that your counselor is named Mr.Gjurgevich and have gotten someone else in the facility to send him a direct message that i want to set up call with you. NO ONE WILL GIVE ME HIS DIRECT NUMBER OF EMAIL ADDRESS. I hope that he will finally get back to me and set up a call, but if he does not them i will keep trying to take additional steps if it becomes necessary (** Congratulation on your learning and adaptation Mr.. Paul Lund) In the meantime , you are free to write me a letter with any questions that you have.

Paul Lund
Attorney at Law
900 Jackson Street , Suite 430
Dallas TX. 75202

Martin Martinez/24145512
Limestone County Detention Center
910 N. Tyos st.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
14 APR 2026 PM 9 L




RECEIVED - 2
APR 17

Northern District of Texas
District Clerk of Court
1100 Commerce st Room 1452
Dallas Tx 75242

75242-131052