4/11/2026

~In Search of Representation~

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 17 2026
CLERK, U.S. DISTRICT COURT
By [signature] Deputy

Martin Martinez writes:

CONTACT (571) 277-6287

I was arrested on or about November 13, 2025 on allegations of threatning Speaker, ex-speaker of National Retailers Association (NRA) or Special Agent One, 18 § 115 (a)(1)(b) under probable cause 3:25-MJ-1125-BN. The charges just two weeks shy from my scheduled mediation with retailer, Wal-Mart case no. 4:25-CV-00331-ADJ. The charges mentioning Wal-mart defense attorney as a reason to my arrest.

Dallas Marshal, along with text records both indicate I did not direct threat to Special Agent One. (under oath, during detention hearing) Additionaly the court and Marshal stated I was not under investigation, or under official duties, bringing charges 18 U.S.C. § 115 (a) (1)(b) unfit in all aspect.

Unfortunatlly My court appointed attorney made the sole decesion of avoiding or pausing the charges with an insanity plea or competency, Without giving me the opportunity to oppose or testify in accordance with § 4241. Taking me on a seven month physic incarceration, In which I currently find myself on the fifth month.

4/11/2026

*425-cv-00331-ADJ*
*325-MJ-1125-BN*

Jail ATM / Limestone County
Mailing address: Martin Martinez / 24145512
P.O. Box 16120
Jonesboro, AR 72401

Martin Martinez writes:

The lawsuit, 4:25-cv-00331-ADJ involves an assualt, followed by a wrongful termination (under FMLA law) followed by further aggression by Wal-Mart defense team. Mentioning, or motioning for a pause, or stay due to the unlawful intervention of Special Agent One, having illegaly hacked my communication device during the time of pursuing justice, self-representing or pro-se.

I believe time to be lifes most valuable treasure, most likely not recieving an update for another two months. Regardless of being innocent I don't believe in searching for excuses. I want to fight my innocense, I would like an attorney with a common goal.

My name is Martin Martinez I am searching for representation for lawsuit in Eastern Sherman District, and criminal complaint in Northern District of Texas. Currently detained in Limestone detention center, I pledge to have written this letter to the best of my knowledge on April 11, 2026

x [signature]

Inmate # 24145512

Chuy J. Puggeroni

Martin Martinez/24145512
Limestone County Detention Center
910 N. Tyus st.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
14 APR 2026 PM 9 L




RECEIVED - 2
X-RAY
APR 17
MAILROOM

Northern District of Texas
District Clerk of Court
1100 Commerce st Room 1452
Dallas Tx 75242

75242-131052