(RE 3:25-MJ-1125 BN)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 17 2026
CLERK, U.S. DISTRICT COURT
By Deputy

4/5/2026

Martin Martinez writes:

This is a complaint for violation of my rights to be free from retaliation after redress of grievances to the government, with due process violations, In violation to my 1st, 5th, 6th and 14th amendments to U.S. Constitutions. and this complaint is under PLRA 1995 prior to initiating a 42 U.S.C. § 1983 prisoner exhausting my available administrative remedies.

I was arrested on or about November 13, 2025 in retaliation to filing a lawsuit against Wal-mart see Martin Martinez vs Wal-Mart 4:25-CV-00331-ADJ Filed in the Eastern Sherman Division U.S. District court of Texas. Special Agent One, Nathan Hopp or ex-Speaker of NRA (National Retailers Association) States in his criminal affidavit that this is a reason to my arrest [see case 3:25-MJ-1125-BN] Also mentioning Wal-Mart defense attorney Nancy L. Waters

My attorney Paul Lund, states he will not talk to me while I am in custody. He motioned for my compency without giving me an opportunity to oppose, attend a hearing. call witnesses or testify in accordance with § 4147.

4/15/2026 RE 3:25-MJ-1125-BN

Martin Martinez writes:

I have been retaliated on by admission of Agent Nathan Hopp and attorney Nancy L. Waters. Scheduled to console and mediation days before my arrest. Days after my motion for pause or stay in case 4:25-CV-00331-ADJ stating the interference of special Agent one.

I am suffering injury to my case pending against Wal-mart, physical and emotional injury. I am depressed with high anxiety. The doctors have diagnosed me with high blood pressure, taking medication daily now. I have lost contact with my family and loved ones. I have lost my place of living, job opportunities, and relatorships. I have been wrongfully imprisoned.

I request an investigation, and a order of release. I request for an injunction relief, punitive damages, attorney and filing fees, if I have to pursue a 1983 lawsuit.

I Martin Martinez pledge to have written this complaint, or statement to the best of my knowledge on April 5, 2026

Martin Martinez X [signature]

4/5/2026

Martin Martinez /24145512
Limestone County Detention Center
910 N. Tyus Rd.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
14 APR 2026 PM 5 L




X-RAY
RECEIVED - 2
APR 17 2026
MAILROOM

U.S. District Clerk
1100 Commerce st. Room 1452
Dallas, Tx 75242

75242-131052