U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 0 2026

CLERK, U.S. DISTRICT COURT
Deputy

This is a complaint for violation of my

rights to be free from retaliation after redress

of grievances to the government, with due process

violation to my 1st, 5th, 6th, and 14th amendments

to U.S. constitutions and this complaint is

under PLRA 1995 prior to initiating a 42 u.s.c.s § 1983

prisoner exhausting my available administrative remedies.

I was arrested on or about 11·17·2025 in retaliation

to filing a lawsuit, see Martin Martinez v.

wal-mart 4:25-cv-00331-ADJ . Filed in the

Eastern Sherman Division U.S. District Court of Texas.

FBI Special Agent 1 states in his criminal affidavit

that this lawsuit is a reason of my arrest.

PAGE 1

See case 3:25-MS-1125-BN. Mr. Paul Lund has not to my knowledge filed any motion for competency, nor have I attended any motion hearing for competency, nor given the opportunity to oppose this motion, call witnesses, or testify in accordance with § 4147. I am now at Limestone Detention Center and have not been provided with any discovery, initial arraingment, notified of the charges against me, and I was scheduled for console and mediation with Defense Attorney-1, Nancy L. Waters prior to my arrest. I have been retaliated on by admission of FBI Special Agent-1 for filing a lawsuit against Wal-Mart.

PAGE 2

On 2-28-26 (RE 325-MJ-1125-BN) PAGE(S) 3/3
Martin Martinez writes:

I am suffering physical and emotional injury.

Depression and anxiety attacks, the doctors have

noted that I have high blood pressure since

the start of my incarceration. I have lost my

dogs, lost contact to my love ones and family,

job opportunities, relationships, from my

wrongful imprisonment.

I request an investigation, and a order of release.

I request for injunction relief, punitive damages,

attorney fees, and filing fees if I have

to pursue a 1983 lawsuit.

I Martin Martinez certify this statement    x _MM Mf_    2/28/2026
is accurate, to my best knowledge                Martin Martinez

PAGE 3

Case 3:25-mj-01125-BN    Document 23    Filed 04/20/26    Page 4 of 4    PageID 78

Martinez , Martin
Reg. No. 24145-512
Criminal No. 3:25-MJ-1125-BN
Limestone County Detention Center
910 Tyus Road
Groesbeck, Tx 76642

X-RAY

NORTH LEGAL TENDER
DALLAS TX 750
18 MAR 2026 PM 5  L

★ USA ★ FOREVER ★

RECEIVED

APR 20 2026

MAILROOM

United States Court
Northern District of Texas
100 Commerce Street, Room 1549
Dallas, Texas 75242

75207-740200