Re 3:25-MJ-1125-BN

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 29 2026
CLERK, U.S. DISTRICT COURT
By
Deputy

4/1/2026

Martin Martinez writes:

This is a complaint for violation of my rights to be free from retaliation after redress of grievances to the government, with due process violations, In violation to my 1st, 5th, 6th, and 14th amendments to U.S. Constitutions and this complaint is under PLRA 1995 prior to initiating a 42 U.S.C § 1983 prisoner exhausting my available administrative remedies. I was arrested on or about November, 13, 2025 in retaliation to filing a lawsuit against Wal-mart. See case No 3:25-MS-1125-BN. I have not spoken with my attorney, Paul Lund since 2/19/2026. I did not consent, or attend a hearing for compency, nor given the opportunity

4/1/2026 Re: 3:25-MJ-1125-BN

Martin Martinez writes:

to oppose this motion, call witnesses, or testify in accordance with § 4147. I am now at Limestone County Detention Center, in Groesbeck, Texas, and have not been provided with any discovery, initial arraingment notified of the charges against me, and I was scheduled to console and mediation with Wal-mart attorney Nancy L Waters prior to my arrest. I have been retaliated on by admission of Agent Nathan Hopp for filing a lawsuit against Wal-mart. I am suffering injury to my case pending against Wal-mart and suffering physical and emotional injury. I am depressed with high anxiety. The doctors have noted that I

4/1/2026 Re 3:25-MJ-1125 BN

Martin Martinez writes

high blood pressure now. I have lost contact with my family and loved ones. I have lost my place of living, job opportunities, and relationships. I have been wrongfully imprisoned.

I request an investigation, and a order of release. I request for injunction relief, punitive damages, attorney fees and filing fees if I have to pursue a 1983 lawsuit.

I Martin Martinez, certify this complaint is accurate to my best knowledge written, filed April 1, 2026

x [signature]
4/1/2026

Martin Martinez / 24145512
Limestone County Detention Center
910 N. Tyus St.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
3 APR 2026 PM 9 L




RECEIVED - 6

APR 29 2026

MAILROOM

Honorable David L. Horan
United States Magistrate Judge
Northern District of Texas
100 Commerce Street, Room 1549
Dallas, Tx 75242

75207-740200