Sharing is Caring!

5/11/2026 *3:25-MJ-1125-BN* *4:25-cv-00331-SDJ-BD*

Martin Martinez writes:

"I was promised steak, I recieved beef flavored Roman,"
- suitable place for restoration is not Limestone!

The reason of this inquiry is not only to attempt to get more information on my situation, but to get an explaination on why my cellmates seem better informed then myself, or at least with there degrading allegations. My attorney Paul Lund has kept his word of not speaking to me while in custody therefore any insight is greatly appreciated!

Since my stay at Limestone, I have been moved to four different pods, a suicide cell where expected to use a drain hole in the middle of a six by six room as a toilet, an aggressor who would assualt me for an unexplainable, uninvestigated motive, all being triggered in a dominoe effect after a conversation with a physicologist that should of been confidential.

It began on or about March 6, 2026 I'm awaken to attend a webcam chat with a physicologist (older blonde lady) During the conversation I can't help to notice two other nurses in the same

Martin Martinez writes:

room listening to what should of been a private conversation.

At the end of the conversation I'm escorted back to my cell (first of four). Immediately the guard is intercepted by another guard claiming to be headed to the direction of my cell, he offers to deliver me.

Upon entering my cell, the guard would demand a strip search, rudely waking up my seven roommates. Selling the idea I was responsible for the unexpected shake down, as he hadn't left the room upon delivering me.

I would attempt to explain to the guard that he had just promoted a hostile enviroment for me. Convincing me of the unfortunate timing was not the issue, convincing seven convicts was. Stating I feared returning, begging to be relocated, I got my wish granted, shipping me to the infamous B-45 (suicide cell)

A medevil torture, a cell I'd imagined illegal in even the worst countries (North Korea). No clothes, no toilet, no sanitation, only supervision 24/7. I'd go two days without eating, due to fear of having to use the restroom drain hole, all while being watched and noted.

I'd be blessed to only have to stay two days, most victims serve two weeks, I'm soon

5/12/2026

Martin Martinez writes:
relocated to my second pod.

POD#2 I never had issues making friends or even with Justice Department prior lawsuit.

Like always it begins normal, I'm welcomed in, polite welcoming introduction, however the tone soon shifts, starting when a cellmate recieves an unexpected visit, followed by new frequent phone conversations followed by unexplained negativity.

This cellmate had used a fake name from the start, Beach Bob. Within a week of my arrival it would seem Mr. Bob would endure in new free world relationship, new visitations, new frequent phone conversations, new rivalry.

In attempt to ignore problems, I would attempt to hibernate, sleep away the time. Only problem was I have always been a light sleeper if I could fall asleep at all in majority just pretending to sleep.

I would over hear all of Beach Bob's insults from I should return to B-45 to I was a crazy physic patient, the last straw was that I slept too much, why did he care? Assuming he thought I was asleep as he wasn't expecting a "Mind your business!" from me. The comment was enough to draw us to the middle of the cell. Soon seperated by a mutual friend.

Martin Martinez writes:

In attempt of avoiding an altercation, I would write a grievance on the tablet, asking to be relocated once more. The following day I'm thanking the guard for listening to my concern in a timely manner, being introduced to my third pod.

POD #3 "We know that suffering produces perseverance; ... and charector, hope [Romans 5:3-4]

Immediately, I'm labeled a rat by an individual that would fit the description of a relative to Special Agent One. I would ignore in attempt to end the bad streak of pods. (I had attempted to learn his name and others half the time I'm ignored a fifty fifty gamble, I'd say his name is Carl)

A second inmate Sam, my bunkie (inmate sleeping underneath) I had considered a friend meeting him the first week on arrival, at the law library where he worked. He had reviewed my case, giving me an easier translation. Now that we shared cells I would ask him to review my case more in depth which he would agree.

Reviewing my medical evaluation from Fort Worth, FMC he quickly points to the conspiracy of Special Agent and GHB. Stating to be in a similiar but different conspiracy, serving 10 months.

#

5/12/2026 [Share w/ shared; sharing]
*3:25-MJ-1125-BN* *4:25-cv-00331-SDJ-BD*

Martin Martinez writes:

for involvement in a GHB transaction.

Currently on his eigth month, nearly finishing the whole pod would be shocked on his unexpected attorney visit. My cellmates being older more experienced in the Justice Department would be left with puzzled faces.

Working at the law library, Sam would be the go to legal expert at Limestone, paving the way for my hundred daily questions. One response I can't forget "It's not in there benifit to release you before the four months," it seemed Sam had said too much, immediatly cutting the topic, ending the conversation.

The friendship, the advice hadn't been the same after the attorney visit. Things would soon take a sharp turn at pod #3.

A sudden insomnia, waking up in the middle of the night wondering what was going on. A strange vibration coming from my bunk. I'd resort to laying on the cold concrete floor, feeling the difference in calmness. However to avoid critism from my cellmates, I'd return to my bunk shortley after.

Like many other times in my life I had over imagined things from electric current to a cancer causing laser beam pointing at my bunk, the problem much more simpler.

Martin Martinez writes:

A misjudged aquitance determined to cause mishap, and a loose bunk. Sam had been responsible for the vibration the whole time, being generous I decided not to expose him. When asked why I slept on the floor I'd state I had a severe cough and didn't want to cough on others.

The following day I'm awaken to a commoton a missing ring on the shower curtain. Thinking it wasn't serious, when asked I joked "Have you never owned a tarp from Harbor Frieght? They fall apart almost everytime."

Seconds later I'm forced to press the Intercom button, sleeping on the floor plus the missing curtain ring would have me relabeled as a "crazy physic patient," even an altercation this time with short tempored Carl, now being exiled from my third pod.

It wasn't until recently a cellmate would visit the law library where Sam would be laughing at the situation, stating I was up all night sharpening the curtain ring creating a shank, then when confronted I would flush down the toilet.

Either my delusional disorder is worsening or inmates are very gullible. A shank from a half inch diameter ring, the difficulty concealing a half inch ring resorting to flushing it down the drain, or even how I remain a center of conversation after a month. Once more

Martin Martinez writes:
in order to avoid problems, I wear my crazy physic badge proudly.

POD#4 shu: Solitary, Segregation, disciplinary action.

Three weeks of peace and quite, the longest duration since my arrival would come to a crashing end with the motive of this writing, Michael David Goldman aka "Slim".

Undercovers don't bother me as I don't have nothing to hide, but when sold the idea of guilt prior investigation in most cases, in my case it becomes harrasment. Adding the need to weigh in on a topic that there magicaly informed on.

A hesitant introduction, a story that didn't add up. Spending thirty days in the shu, arrested for assualting his P.O. officer, still awaiting hearing. I hadn't paid attention, or cared about his fairy tale stories, not until he stated to be a neighbor from my hometown of Carrollton, Texas.

Most inmates if not all are restricted from commissary while in the shu, not Slim he had a full crate of Spicey Shrimp Roman upon arrival. Maybe just lucky but assualting a federal employee is a serious offense, one that would be catered with priority, thirty one days and counting is

Martin Martinez writes:

unheard of. To be fair this only caused suspicion, still not completely sold, yet.

I had previously mentioned in pod #3 that I had lived in Reynosa, Mexico a modern day murder capital as a defense to a comment about not surviving in the BOP (Burea of Prisoners)

Now Slim not knowing a word in spanish would say he had a girlfriend from Reynosa, he visited and "pimped". Considering myself a pro human rights activist, my roots to the region, I was highly offended.

Back to Carrollton, Texas where my family has been living for fifteen years, Slim would state to be a neighbor, living in the apartments across my mother's house. Out of curiousity I would ask him the price of rent. I had been trying to move out prior being arrested. I would be met with a long arkward silence, an unanswered question.

Mentioning his favorite restaurant Babe's Chicken in North Richland Hills but unaware of it's long time location in Old Town Carrollton, should of known his favorite restaurant was walking distance.

II {Share = computer reporter}

5/12/2026 *3:25-MJ-1125-BN* *4:25-cv-00331-SDJ-BD*

Martin Martinez writes:

A marathon runner trains on a treadmill, a undercover trains on a poker table, reaction is everything. I stood staring at Slim while everyone congratulated him on his unexpected, premature release. A blessing for both of us, as he only had to serve one week. Yet his reaction painted a different story one of nervousness and concern. The best news a prisoner can hear yet not a single smile from Slim.

A week after Slim's departure, my commissary would recieve an unexpected donation, the doner the individual responsible for my incarceration leaving me wondering am I the first or only one? (sponsered)

to be continued....

I have been declared "Delusional" by the Northern District of Texas, I dont disagree however I blame the perception of my surroundings, writing this letter from Limestone Detention center on May 12, 2026 To the best of my knowledge x [signature]

Inmate # 24145512

"Chuy J. Pupperoni

My weapons are pen and paper!

-threat made by Martin Martinez

Being labeled "Delusional" will discredit my story, even my testamonies, however we live in a free country, free to believe any religion, even any information!

"Never stop asking Why!?"

"FREEDOM of SPEECH, the right to label ourselves, and not by others!"

As Always
In Memory
of
"Chuy J. Puggeroni"

This story not only illustrates the true battles of Limestone, of my experience with incarceration, but it serves as practice to my autobiography that I hope to never release!

"How to KILL A
WAL-RUS"
(coming soon!)

That they'll attempt to create or provoke an offense to cover there wrong doings. Just recently while having our pod shaken down a cellmate would say threatning statements about the guards, turning to me as if I would add or say something similiar. I am not violent, I can and have weathered storms of insults and assualts.

Und8rdog@gmail.com

Martin Martinez / 24145512
Limestone Detention Center
910 N. Tyus St
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
19 MAY 2026 PM 7 L

RECEIVED
MAY 22 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

Northern Texas
United States District Clerk
1100 Commerce St. Room 1452
Dallas, Texas 75242

75242-131052