IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARTIN MARTINEZ (01) | 3:25-MJ-1125-BN |

**JOINT STATUS UPDATE**

Pursuant to the Court's order, the parties respectfully submit to the Court the following status update regarding the Defendant, Martin Martinez:

According to information provided to the government, the Defendant is now number 5 on the waiting list, up from number 8 at the time of the last status conference.[1] The government continues to estimate that the Defendant will be admitted to the Federal Medical Center Devens for restoration treatment at or near the end of July.

Defendant's attorney can confirm that the Defendant continues to be housed in the Limestone County Jail and that he is able to communicate with the Defendant while he is there. Defendant's attorney has continued to work on this case since the last hearing.

[**Remainder of page intentionally left blank**]

[1] BOP has confirmed that medical professionals at BOP can move individuals up and down the list due to emergencies, expedited cases, cases in which there is an immediate move order, and cases that are put into the BOP system late but had an earlier order date.

Unless otherwise instructed by the Court, the parties will file the next joint status update no later than July 10, 2026.

Respectfully submitted,

PAUL T. LUND

*/s/ Paul T. Lund*
PAUL T. LUND
Attorney for Defendant
State Bar No. 24070185
900 Jackson Street, Suite 430
Dallas, Texas 75202
Phone: 214-997-3907
Fax: 214-613-1067

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney(s) of record who consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney