UNITED STATES vs. Martin Martinez

{3:25-MJ-1125-BN} 5/29/2026

Defendent, Martin Martinez respectfuly ask court to Dismiss probable cause, pending charges, "In context of the exclusion under the Speedy Trial Act set fourth at 18 U.S.C.S § 3136(h)(1)(H) a delay greater than 10 days is presumed to be unreasonable." Additionaly, "An inexplicable failure to comply with a court order cannot be described as reasonable."

§ 22.181. Dismissal of a Proceeding, on grounds of failing to prosecute, and failure to abide by court orders. (by prosecuter) (exceding the three week deadline set by court)

{3:25-MJ-1125-BN}

I Martin Martinez write this letter

an effort of motion on May 29, 2026

To the best of my knowledge from

Limestone Detention Center.

Martin Martinez x [signature]
5/29/2026
Inmate #24145512

Martin Marhnoz / 24145512
Limestone Detention Center
910 N. Tyus RD.
Groesbeck Tx 76642
NAME
ID #
LCDC

NORTH TEXAS TX P&DC
DALLAS TX 750
2 JUN 2026 PM 7 L

Freedom 250



X-RAY

RECEIVED - 6
JUN - 5 2026
MAILROOM

Northen District of Tx
U.S. District Clerk
1100 Commerce St. RM 1452
Dallas, Tx 75242

75242-131052