Being labeled "Delusional" will discredit my story, even my Testamonies, however we live in a free country, free to believe any religion, even any information!

"Never stop asking Why!?"

Freedom of Speech, the right to label ourselves, and not by others!

As Always
In Memory
of
"Chuy J. Puggeroni"

This story not only illustrates the true battles of Limestone, of my experience with incarceration, but it serves as practice to my autobiography that I hope to never release!

"How To Kill A
Wal-Rus"
(coming soon!)

That they'll attempt to create or provoke an offense to cover there wrong doings. Just recently while having our pod shaken down a cellmate would state threatning statements towards the guards turning to me as if I would add or say something similiar, I am not violent. I can and have weathered storms of insults and assualts!

Und8rdog@gmail.com

5/20/2026 → Sharing is Caring! ← 4:25-CV-00331-SDJ-BD

325-MJ-1125-BN ↑

Martin Martinez writes:

"I was promised steak, I recieved beef flavored Roman."

- suitable place for restoration is NOT Limestone!

The reason of this inquiry is not only to attempt to get more information on my situation but to get an explanation on why my cellmates seem better informed then myself, or at least with there degrading allegations. My attorney Paul Lund has kept his word of not speaking to me while in custody, therefore any insight is greatly appreciated!

Since my stay at Limestone, I have been moved to four different pods, a suicide cell where expected to use a drain hole in the middle of a six by six room as a toilet, an aggressor who would assualt me for a unexplanable, unjustified motive all being triggered in a dominoe effect after a conversation that should of been confidential.

It began on or about March 6, 2026, I am awaken to attend a webcam chat with a physicologist (older blonde lady) During the conversation I can't help to notice two other nurses in the same room listening to what should of been

a private conversation.

At the end of the conversation I'm escorted back to my cell (first of four) Immediately the guard is intercepted by another guard claiming to be headed to the direction of my cell, he offers to deliver me.

Upon entering my cell, the guard would demand a strip search, rudely waking up my seven roommates. Selling the idea I was responsible for the unexpected shake down, as he hadn't left the room upon delivering me.

I would attempt to explain to the guard that he had just promoted a hostile enviroment. Convincing me of the unfortunate timing was not the issue, convincing seven convicts was.

Stating I feared returning, begging to be relocated, I got my wish granted, shipping me to the infamous B-45 (suicide cell)

A medevil torture, a cell I imagined illegal in even the worst countries (North Korea) No clothes, no toilet, no sanitation, only supervision 24/7. I would go two days without eating due to fear of having to use the restroom drain hole, all while being watched and noted.

Blessed to only stay two days, as most victims serve two weeks, I am soon relocated to my second pod.

Martin Martinez writes:

**Pod #2** "I never had issues making friends or even with Justice Department prior lawsuit"

Like always it begins normal, I am welcomed in, polite welcoming introduction. However the tone soon shifts, starting when a cellmate recieves an unexpected visit, followed by new frequent phone conversations, followed by unexplained negativity.

This cellmate had used a fake name from the start, Beach Bob. Within a week from my arrival it would seem Mr. Bob would endure in a new free world relationship, new visitations, new frequent phone conversations, new rivalry.

In attempt to ignore problems, I would attempt to hibernate, sleep away the time. Only problem was I have always been a light sleeper if I could fall asleep at all, in majority just pretending to sleep.

I would over hear all of Beach Bob's insults from I was a crazy physic patient to I should return to B-45. The last straw, was that I slept too much, why did he care? Assuming he thought I was asleep as he was not expecting a "Mind your business!," from me, the comment enough to draw us to the middle of the cell. Soon seperated by a mutual friend.

In attempt of avoiding an altercation, I would write a grievance on the tablet, asking to be relocated once more. The following day I am thanking the guard for listening to my concern in a timely manner, being introduced to my third pod.

**POD#3** "We know that suffering produces perseverance;... and charector, hope [ROMANS 5:3-4]

Immediately, I'm labeled a rat by an individual that would fit the description of a relative of Special Agent One. I would ignore in attempt to end the bad streak of pods. (I had attempted to learn his name and others, half the time I'm ignored, a fifty fifty gamble I would say his name is Carl)

A second inmate, Sam, my bunkie (inmate sleeping underneath) I had considered a friend meeting him the first week on arrival, at the law library where he worked. He had reviewed my case giving me an easier translation; Now that we shared cells I would ask him to review my case more in depth which he would agree.

Reviewing my medical evaluation from Fort Worth, FMC he quickly points to the conspiracy of Special Agent and GHB. Stating to be

«share vb: shared ; sharing»

1/20/2026

3:25-MJ-1125-BN

4:25-CV-00331-SDJ-BD

Martin Martinez writes: in a different but similiar conspiracy, serving 10 months for a GHB transaction.

Currently on his eigth month, nearly finishing the whole pod would be shocked on his unexpected attorney visit. My cellmates being older more experienced in the Justice Department would be left with puzzled faces.

Working at the law library, Sam would be the go to legal expert at Limestone, paving the way for my hundred daily questions. One response I can't forget "It's not in there benifit to release you before the four months," it seemed Sam had said too much, immediately cutting the topic, ending the conversation.

The Friendship, the advice was never the same after the attorney visit, soon taking a steeper dive.

A sudden insomnia, waking up in the middle of the night wondering what was going on. A strange vibration coming from my bunk. I would resort to laying on the cold concrete floor, feeling the difference in calmness. However to avoid criticism from my cellmates, I would return to my bunk shortly after.

Like many other times in my life, I had over imagined things from electric current to a cancer causing beam pointing on my bunk. The

problem much more simpler.

A misjudged aquitance determined to cause mishap, and a loose bunk. Sam had been responsible for the vibration the whole time, being generous I decided not to expose him. When asked why I slept on the floor, I would ~~say~~ reply I had a severe cough and didn't want to cough on others.

The following day I'm awaken to a commotion, a missing ring on the shower curtain. Thinking it was not serious when asked I joked, "Have you never owned a tarp from Harbor Frieght? They fall apart almost every time."

Seconds later I am forced to press the intercom button, sleeping on the floor plus the missing curtain ring would have me relabeled as "crazy physic patient," even an altercation with short tempored Carl, now being exiled from from my third pod.

It was not until recently a cellmate would visit the law library where Sam would be laughing at the situation, stating I was up all night sharpening the curtain ring creating a shank. Then when confronted I would flush down the toilet.

Either my delusional disorder is worsening or inmates are very gullible. A shank from

1/20/2026

# Shar-er-n-participate

3:25-MJ-1125-BN 4:25-cv-00331-SDJ-BD

Martin Martinez writes:

a half inch diameter ring, the difficulty concealing a half inch ring resorting to flushing it down the drain, or even how I remain a center of conversation after a month. Once more in order to avoid problems, I wear my crazy physic badge proudly.

## Pod#4 shu: solitary segregation, disciplinary action.

Three weeks of peace and quiet, the longest duration since my arrival would come to a crashing end with the motive of this writing, Michael David Goldman, aka "Slim".

Undercovers don't bother me as I don't have nothing to hide, but when sold the idea of guilt prior investigation in most cases, in my case it becomes harassment. Adding the need to weigh in on a topic there magicaly informed on.

A hesitant introduction, a story that didn't add up, spending thirty days in the shu, arrested for assualting his P.O. officer, still awaiting hearing. I hadn't paid attention or cared about his fairy tale stories, not until he stated to be a neighbor from my hometown of Carrollton, Texas.

Most inmates, if not all are restricted from commissary while in the shu, Not Slim, he

had a crate full of Spicey Shrimp Roman upon arrival. Maybe just lucky but assualting a federal employee is a serious offense, one that would be catered with priority, thirty one days and counting for a hearing is unheard of. To be fair this only caused suspicion Still not completely sold, yet.

I had previously mentioned in pod #3 that I had lived in Reynosa, Mexico a modern day murder capital as a defense on not Surviving in the BOP (Burea of Prisoners) comment. Now Slim stating to have a girlfriend from Reynosa, he "pimped" Considering myself a human rights activist, my roots to the region, I was highly offended.

Back to Carrollton, Texas where my family has been living since there migration from Manassas, Virginia fifteen years ago, Slim would state to be a neighbor. Claiming to live in the apartments across from my mothers house. Out of curiousity I would ask him the price of rent, I had been trying to move out prior being arrested. I would be met with a long arkward silence, an unanswered question.

Mentioning his favorite restaurant Babè's Chicken in North Richland Hills but unaware of it's clong time location in Old Town Carrollton.

[share= compartir, repartir]

'20/2026

3:25-MJ-1125-BN 4:25-CV-00331-SDJ-BD

Marhn Martinez writes:

Should of known his favorite restaurant was walking distance.

A marathon runner trains on a trendmill, an undercover trains on a poker table, reaction is everything. I stood staring at Slim while everyone congratulated him on his unexpected, premature release. A blessing for both of us, as he only had to serve one week, Yet his reaction painted a different story, one of nervousness, and concern. The best news a prisoner can hear yet not a single smile from Slim.

A week after Slim's departure my commissary would recieve an unexpected donation, the doner? The individual responsible for my incarceration leaving me wondering am I the first or only one? (sponsered) (Reciept # 2498988)

to be continued...

I have been declared "Delusional" by the Northern District of Texas. I don't disagree however I blame the perception of my surroundings, writing this letter from Limestone Detention Center on May 20, 2026 To the best of my knowledge x [signature] Inmate # 24145512

"Chuy J. Puggeroni"

My weapons are pen and paper!

- threat made by Martin Martinez

- Recycle Responsibly -

'14/2026

~ In Search of Representation ~

*425-cv-00331-[redacted]* SDJ-BD

*3:25-MJ-1125-BN*

Martin Martinez writes: — PLEASE SHARE! — Contact (571) 277-6287

I was arrested on or about November 13, 2025 on allegations of threatning speaker, ex speaker of National Retailers Association (NRA) or Special Agent One, 18 U.S.C. § 115 (a)(1)(b) under probable cause 3:25-MJ-1125-BN. The charges just two weeks shy from my scheduled mediation with retailer, Wal-Mart case no 4:25-cv-00331-[redacted]. SDJ-BD The criminal complaint includes the individuals mentioned in lawsuit, prior to arrest.

Dallas Marshal, along with text records both indicate I did not direct threat to Special Agent One. (under oath, during detention hearing) Additionally, the court and Marshal stated I was not under investigation, or under official duties bringing charges 18 U.S.C. § 115 (a)(1)(b) unfit in all aspects.

Unfortunately, my court appointed attorney made the sole decision to avoid, pause the charges with an insanity plea, or competency without giving me the opportunity to oppose or testify in accordance with § 4241. Taking me on a seven month physic imprisonment in which I currently find myself on the fifth month.

BLANK! BLANK!

[illegible]
*4:25-cv-00331-[illegible]*
*3:25-MJ-1125-BN* Mailing address

1/14/2026

Jail ATTN / Limestone
Martin Martinez / 24145512
P.O. Box 16120
Jonesboro, AR 72401

Martin Martinez writes: — PLEASE SHARE! —

The lawsuit, 4:25-cv-00331-[illegible] involves an assualt, followed by a wrongful termination (under FMLA) Followed by further aggression of Wal-Mart's defense team. Mentioning, or motioning for pause, stay due to the unlawful intervention of Special Agent One having illegaly hacked my communication device interfering with my first amendment during time of pursuing justice, self representing or pro se.

I believe time to be lifes most valuable treasure, most likely not recieving an update for another two months. Regardless of being innocent I do not believe in searching for excuses, I want to prove my innocense, I would like an attorney with a common goal.

My name is Martin Martinez, I am searching for representation for lawsuit in Sherman Division, and criminal complaint in Northern District of Texas, currently detained in Limestone detention center, I pledge to have written this letter to the best of my knowledge on April, 14, 2026 x [signature]

Inmate # 24145512



Chuy J Puggeroni

BLANK!

BLANK!

Greetings,

My name is Martin Martinez, inmate at
Limestone Detention Center (inmate #24145512)
Faced with abundance of free time, and limited
information I write this letter. (story attached).
In effort of spreading awareness, and or recieving
assistance in either my criminal, or civil matter.
High possibilities of having sent to an out
of jurisdiction department, I appreciate the
fowarding to a ~~[illegible]~~ ~~[illegible]~~ing department, or
anyone who might enjoy the reading!

GOD BLESS,
sincerly,
Martin Martinez 5/17/2026
[signature] Inmate #24145512

"Chyy J. Puggeroni"
THE PUG GROUP

{Staff says I'm crazy for writing letters all day, I say I would go crazy not keeping myself ~~[illegible]~~ ~~[illegible]~~. occupied.}

BLANK!

BLANK!

Martin Martinez / 24145512
Limestone County Detention Center
910 N. Tyus Rd.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
2 JUN 2026 PM 7 L




Northern District
U.S. District Clerk
1100 Commerce St RM 1452
Dallas, Tx 75242

RECEIVED - 6

JUN - 5 2026

MAILROOM

75242-131052