IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 3:25-mj-1125-BN |
| V. | § | |
| | § | |
| MARTIN MARTINEZ | § | |

**ORDER REQUIRING IMMEDIATE PLACEMENT OF DEFENDANT MARTIN MARTINEZ BY THE ATTORNEY GENERAL IN A FACILITY FOR RESTORATION TREATMENT**

Defendant Martin Martinez has filed a Motion for Immediate Placement by the Attorney General in a Facility for Restoration Treatment. *See* Dkt. No. 36.

The Government reports that it is unopposed for the relief sought in the Motion.

The Court previously ordered Mr. Martinez committed to the custody of the Attorney General so that he could be hospitalized for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. The Court entered this Order on February 19, 2026. *See* Dkt. No. 19.

The Court then held a status conference hearing on May 8, 2026. *See* Dkt. No. 27.

At that conference, the Government informed the Court that Mr. Martinez was fifth on the wait list to be moved to a suitable facility. And the Court ordered Joint Status Updates to be filed every three weeks after that hearing, and those status reports have indicated that Mr. Martinez has been eighth on the wait list as of May

29, 2026, fifth on the wait list as of June 18, 2026, and fifth on the wait list as of July 10, 2026. *See* Dkt. Nos. 31, 35, 41.

In all three status updates, the Government has consistently estimated that Mr. Martinez would be admitted for restoration treatment at or near the end of July. The government continues to maintain that estimate. *See* Dkt. No. 41.

But, as the Government has acknowledged in the joint status updates, "medical professionals at BOP can move individuals up and down the list due to emergencies, expedited cases, cases in which there is an immediate move order, and cases that are put into the BOP system late but had an earlier order date." Dkt. Nos. 31, 35, 41, footnote 1.

To ensure that Mr. Martinez makes it to a suitable facility consistent with the Government's estimate of admission at or near the end of July, the Court now enters this immediate move order consistent with its authority to require the Attorney General to ADMIT the Mr. Martinez to a psychiatric facility in accordance with the Court's Order on Competency and Commitment [Dkt. No. 19] – **by no later than July 31, 2026**.

SO ORDERED.

DATED: July 10, 2026

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE