3:25-MJ-1125-BN
4:25-CV-00331-SDJ-BD

6/19/2026

Greetings,

My name is Martin Martinez, inmate at Limestone Detention Center (Inmate #24145512). Faced with an abundance of free time, limited information on my case, I write this letter in effort of spreading awareness, and, or recieving assistance in either my criminal or civil matter. High possibilities of having sent to an out of jurisdiction department, if that is the case I appreciate the fowarding to a more fitted, or anyone who might enjoy the reading!

Sincerely,
Martin Martinez #24145512
[signature] 6/19/2026

"Chuy J. Puggeroni"
THE PUG GROUP
Und8rdog@gmail.com

II



6/19/2026

# ∞ In search of Representation ∞

→ Sharing is Caring! ←

Martin Martinez writes: CONTACT (571) 277·6287

I was arrested on or about November 13, 2025 on allegations of threatning speaker, ex speaker of National Retailers Association or Special Agent One, 18 u.s.c. §115 (a) (1) (b) under probable cause 3:25-MJ-1125-BN. The charges just two weeks shy from my scheduled mediation with retailer, WAL-MART case no. 4:25-cv-00331-SDJ-BD. The lawsuit mentions the individuals in criminal complaint prior to arrest.

Dallas Marshal, along with text records both indicate I did not direct threat to Special Agent One. (under oath, during detention hearing) Additionally, the court and Marshal stated I was not under investigation or under official duties bringing charges 18 u.s.c. §115(a)(1)(b) unfit in every aspect.

Unfortunately, my court appointed attorney made the sole decision of avoiding, pausing the charges with an insanity plea, or competency without giving me the opportunity to oppose or testify in accordance with §4241. Taking me on an indefinite pysic incarceration in which I currently find myself on the seventh month.

(Also see, 3:17-MC-40-M-BN)



(The least busy "[illegible]" of all time)

*4:25-CV-00331-SDJ-BD*
*3:25-MJ-1125-BN*

Mailing address: Jail ATM/Limestone
Martin Martinez/ 24145517
P.O. Box 16120
Jonesboro, AR 7240
Ind8rdog@gmail.com

The lawsuit, 4:25-CV-00331-SDJ involves an assualt, followed by a wrongful termination (under FMLA) followed by further aggression of Wal-Mart defense team. Mentoning, motioning for pause due to the unlawful intervention of Special Agent One, having illegaly hacked my communication device interefering with my first amendment during the time of pursuing justice, self representing or pro se.

Time is lifes most valuable treasure, not Knowing when I will recieve another update or attorney visit. Regardless of being innocent, I do not believe in searching for excuses, I would like to prove my innocense, I would like an attorney with a mutual goal.

My name is Martin Martinez, I am searching for representation for lawsuit in Eastern District and criminal complaint in Northern District of Texas, currently detained in Limestone detention Center, I pledge to have written this letter to the best of my Knowledge on 6/19/2026.

x [signature]
#24145512

huyJ Ruggeroni

2

Martin Martinez / 24145512
Limestone Detention center
910 N. Tyus st
Groesbeck, Tx 76642

RECEIVED - 7

JUL 14 2026

MAILROOM

NORTH TEXAS TX P&DC
DALLAS TX 750
9 JUL 2026 PM 5 L




X-RAY

Court for the
Northern District of Texas
1100 Commerce st. Room 1549
Dallas, Tx 75242

(Legal Mail)

75242-106299