#

6/19/2026

# ~ In search of Representation ~

→ Sharing is Caring! ←

Martin Martinez writes: CONTACT (571) 277-6287

I was arrested on or about November 13, 2025 on allegations of threatning speaker, ex speaker of National Retailers Association or Special Agent One, 18 u.s.c. §115 (a) (1) (b) under probable cause 3:25-MJ-1125-BN. The charges just two weeks shy from my scheduled mediation with retailer, Wal-Mart case no. 4:25-CV-00331-SDJ-BD. The lawsuit mentions the individuals in criminal complaint prior to arrest.

Dallas Marshal, along with text records both indicate I did not direct threat to Special Agent One. (under oath, during detention hearing) Additionally the court and Marshal stated I was not under investigaton or official duties bringing charges 18 u.s.c. § 115 (a) (1) (b) unfit in every aspect.

Unfortunately, my court appointed attorney made the sole decision of avoiding, pausing the charges with an insanity plea, or competency without giving me the opportunity to oppose or testify in accordance with § 4241. Taking me on an indefinite pysic incarceration in which I currently find myself on the seventh month.

(Also see, 3:17-MC-40-M-BN) 1 (The least busy "[illegible]" of all time)

*4:25-CV-00331-SDJ-BD*
*3:25-MJ-1125-BN*

Jnd8rdog@gmail.com

Mailing address
Jail ATM/Limestone
Martin Martinez/2414551
P.O. Box 16120
Jonesboro, AR, 72401

The lawsuit, 4:25-CV-00331-SDJ-BD involves an assualt, followed by a wrongful termination (under FMLA) followed by further aggression of WAL-MART defense team. Mentioning, motioning for pause, stay due to the unlawful intervention of Special Agent One, having illegaly hacked my communication device interfering with my first amendment during the time of pursuing justice, self representing or pro se.

Time is lifes most valuable treasure, not Knowing when I will recieve another update or attorney visit. Regardless of being innocent, I do not believe in searching for excuses, I would like to prove my innocense, I would like an attorney with a mutual goal.

My name is Martin Martinez, I am searching for representation for lawsuit in Eastern District and criminal complaint in Northern District of Texas, Currently detained in Limestone detention center, I pledge to have written this letter to the best of my Knowledge on 6/19/2026 x [signature]
#24145512

Hugy J. Poggeroni

2

THE ...

Martin Martinez / 24145512
Limestone Detention Center
910 N. Tyus st.
Groesbeck, Tx 76642

NORTH TEXAS TX P&DC
DALLAS TX 750
7 JUL 2026 PM 7 L




X-RAY

RECEIVED
JUL 1 0 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Northern District of Texas
Us Court Clerk
1100 Commerce st RM 1452
Dallas, Tx 75242

75242-131052