IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN MARTINEZ (01) | 4:25-MJ-1125 |

**JOINT STATUS UPDATE**

Pursuant to the Court's order, the parties respectfully submit to the Court the following status update regarding the Defendant, Martin Martinez:

The Defendant arrived as expected at Federal Medical Center Devens for restoration treatment on or about July 29, 2026.

The parties believe that now that the Defendant has arrived at FMC Devens, the reason for the Court's prior requirement for status updates every three weeks is resolved. Therefore, unless the Court wishes the parties to continue to file regular status updates, the parties will only file status reports for significant events or developments.

Respectfully submitted,

PAUL T. LUND

*/s/ Paul T. Lund*
PAUL T. LUND
Attorney for Defendant
State Bar No. 24070185
900 Jackson Street, Suite 430
Dallas, Texas 75202
Phone: 214-997-3907
Fax: 214-613-1067

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney(s) of record who consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Matthew Weybrecht*
MATTHEW WEYBRECHT
Assistant United States Attorney