IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN MARTINEZ | Case No. 3:25-MJ-01125-BN |

**ENTRY OF APPEARANCE AS COUNSEL**

The United States Attorney for the Northern District of Texas, Ryan Raybould, hereby respectfully advises the Court and all parties in interest that the above-styled and numbered case has been reassigned within the Office of the United States Attorney for the Northern District of Texas to Assistant United States Attorney Eric Chen.

Accordingly, it is requested that the clerk of the Court enter the name Eric Chen as lead counsel of record for the United States of America.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Eric Chen*
ERIC CHEN
Assistant United States Attorney
Texas State Bar No. 24094587
1100 Commerce Street
Dallas, Texas 75242
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: eric.chen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Eric Chen*
ERIC CHEN
Assistant United States Attorney